## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

---

JOSE ACEVEDO, individually, and as
Special Administrator of the Estate of Joel Acevedo,

**DOCKETING  STATEMENT**

Plaintiff - Appellant,

v.

**CASE NO. 26-1555**

MICHAEL MATTIOLI and CITY OF MILWAUKEE,

Defendants - Appellees.

---

### I.   JURISDICTION OF THE DISTRICT COURT

On December 21, 2023, Plaintiff, Jose Acevedo, individually, and as Special Administrator of the Estate of Joel Acevedo, filed an Amended Complaint, pursuant to 42 U.S.C. § 1983, in the U.S. District Court of the Eastern District of Wisconsin. The District Court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. §§ 1331 and 1343.

### II.  JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the Final Judgment (Doc. 98) (along with the Order on Cross Motions for Summary Judgment (Doc. 97) and the Amended Order on Cross Motions for Summary Judgment (Doc. 99)) of the U.S. District Court for the Eastern District of Wisconsin entered on March 6, 2026, by the Honorable Brett H. Ludwig.

The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide this appeal pursuant to 28 U.S.C. § 1291, in that this is an appeal from a final decision issued by a district court.

The Notice of Appeal was filed with the District Court on March 22, 2026.

**Respectfully Submitted,**

**By: /s/ B'Ivory LaMarr**                    **Date: March 27, 2026**
    **B'IVORY LAMARR, ESQUIRE**
Wisconsin Bar No. 1122469
blamarr@lamarrfirm.com
THE LAMARR FIRM
5718 Westheimer Road, Suite 1000, Houston, TX 77057
800.679.4600, Ext. 700


**By: /s/ Devon M. Jacob**                    **Date: March 27, 2026**
    **DEVON M. JACOB, ESQUIRE**
Pennsylvania Bar No. 89182
North Carolina Bar No. 63663
djacob@jacoblitigation.com
JACOB LITIGATION, INC.
P.O. Box 837, Mechanicsburg, Pa. 17055-0837
717.796.7733


**KIRK M. CLAUNCH, ESQUIRE**
Texas Bar No. 1039975
claunchlaw3@earthlink.net
THE CLAUNCH LAW FIRM
301 W. Central Avenue, Forth Worth, TX 76164
817.335.4003


**BENJAMIN L. CRUMP, ESQUIRE**
Washington, D.C. Bar No. 1552623
court@bencrump.com
**PRECIOUS CHAVEZ, ESQUIRE**
precious@bencrump.com
BEN CRUMP LAW, PLLC
122 S. Calhoun Street, Tallahassee, FL 32301
800.959.1444

*Counsel for Plaintiff - Appellant*

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

---

JOSE ACEVEDO, individually, and as
Special Administrator of the Estate of Joel Acevedo,

      Plaintiff - Appellant,

  v.

MICHAEL MATTIOLI and CITY OF MILWAUKEE,

      Defendants - Appellees.

**DOCKETING  STATEMENT**

**CASE NO. 26-1555**

---

### CERTIFICATE OF SERVICE

I, Devon M. Jacob, Esquire, hereby certify that on the below referenced date, I served a true and correct copy of this Docketing Statement, on all counsel who were of record in this matter in the district court, to their email addresses of record in the district court.


**Respectfully Submitted,**


**s/ *Devon M. Jacob***                                   **Date: March 27, 2026**
**DEVON M. JACOB, ESQUIRE**