# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33 - Briefing

March 27, 2026

*By the Court*:

| | |
|---|---|
| No. 26-1555 | JOSE ACEVEDO, individually, and as Special Administrator of the Estate of Joel Acevedo,<br>   Plaintiff - Appellant<br><br>v.<br><br>MICHAEL MATTIOLI and CITY OF MILWAUKEE,<br>   Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00489-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig | |

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1.  The brief and required short appendix of the appellant are due by June 15, 2026.

2.  The brief of the appellees is due by July 15, 2026.

3.  The reply brief of the appellant, if any, is due by August 5, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing** (form ID: **193**)