Joseph M. Wirth
Jasmyne M. Baynard
Ann C. Wirth
Ryan T. Truesdale



August 12, 2026

Clerk of Court
U.S. Court of Appeals United
States Courthouse
219 South Dearborn Street, Room 2722
Chicago, IL 60604-1803

**RE:** *Jose Acevedo, et al v. Michael Mattioli, et al.*
**Appeal Case No.** *26-1555*

Dear Clerk:

Please be advised that counsel for Defendant-Appellee Michael Mattioli is not available to attend oral argument in the above-captioned matter on the following dates:

September 10 – 14, 2026
September 22 – 25, 2026
October 1 – 5, 2026
October 12, 2026
October 19, 2026
December 1 – 11, 2026

Please feel free to contact me if you have any questions or need any additional information.

Sincerely,
**WIRTH & BAYNARD**

*/s/ Jasmyne M. Baynard*

Jasmyne M. Baynard
9898 West Bluemound, Suite 2
Wauwatosa, Wisconsin 53226
Telephone: (414) 291-7979
Email: jmb@wbattys.com