**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys

**CITY OF MILWAUKEE**
**Office of the City Attorney**

Milwaukee City Hall Suite 800  •  200 East Wells Street  •  Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601  •  TDD: 414.286.2025  •  Fax: 414.286.8550

KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
ANDREA J. FOWLER
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
GREGORY P. KRUSE
ALEX T. MUELLER
ALEXANDER D. COSSI
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
TYLER M. HELSEL
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
CYNTHIA HARRIS ORTEGA
OLUWASEUN CHRIS IBITOYE
KEVIN P. TODT
NATHANIEL E. ADAMSON
MATTEO REGINATO
JOSHUA B. CRONIN
ROBERT W. SANDERS
ELIZABETH K. MILES
Assistant City Attorneys

August 13, 2026

**VIA E-FILE ONLY**
Clerk of Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:  *Jose Acevedo, et al. v. Michael Mattioli, et al.*
      E.D. Wis. Case No. 23-cv-489-BHL | Appeals No. 26-1555

Dear Clerk:

Please be advised that counsel for Defendant-Appellee City of Milwaukee is not available to attend oral argument in the above-captioned matter on the following additional[1] dates:

> September 9, 2026
> September 21, 2026
> October 6, 2026
> October 26, 2026
> November 23-27, 2026
> December 12-18, 2026
> December 23-25, 2026

Please contact me directly if there are questions, concerns, or you need additional information.

Very truly yours,

s/ Clint B. Muche

CLINT B. MUCHE
Assistant City Attorney

Enclosures

---

[1] Counsel has incorporated Attorney Baynard's unavailability into this response, but has not included dates previously identified as unavailable by Attorney Baynard.

**MILWAUKEE**