JACOB LITIGATION
A CIVIL RIGHTS LAW FIRM

DEVON M. JACOB
*Attorney/Owner*

**717.796.7733**
djacob@jacoblitigation.com

August 13, 2026

Ms. Linda M. Klemm, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

RE: <u>JOSE ACEVEDO, individually, and as Special Administrator of the Estate of Joel Acevedo</u>
<u>v. MICHAEL MATTIOLI and CITY OF MILWAUKEE, No: 26-1555</u>

Dear Ms. Klemm:

I am co-counsel with Attorney B'Ivory LaMarr, representing Appellant, Jose Acevedo, in the above-referenced appeal. Pursuant to the direction from your office, please be advised that I am **not** available for oral argument on the following dates:

September 9, 10, 14, 15, 17, 18, 21, 22, 28
October: 1, 2, 5, 6, 7, 21, 22, 23, 36
November: Entire Month

As such, I respectfully request that if an oral argument is scheduled in this matter, that it not be scheduled on the above dates. Attorney LaMarr will separately provide his availability. Thank you for your professionalism in this regard.

Respectfully,

Devon M. Jacob, Esquire

HARRISBURG OFFICE | P.O. Box 837 | Mechanicsburg, PA 17055-0837 | 855.796.1983 *(toll free)* | djacob@jacoblitigation.com

JACOBLITIGATION.COM